# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JASON T. ARGO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:17-CV-0270-RWS |
| NORTHEAST SALES | : |
| DISTRIBUTING, INC. and | : |
| MICHAEL EBERLING, | : |
| | : |
| Defendants. | : |

## ORDER

Upon application of the parties and upon review of the settlement agreement agreed to by the parties, the Court has reviewed this matter and concludes that the terms of the settlement agreement are reasonable and satisfactory. This Court hereby ORDERS that this action be DISMISSED WITH PREJUDICE. Defendants shall pay Plaintiff's attorneys' fees and court costs in an amount agreed to by the parties in the settlement agreement. The settlement agreement [Doc. No. 11-1], attached to the motion as Exhibit A, shall be removed from under seal and shall be accessible on the public docket.

**SO ORDERED**, this 9th day of January, 2018.

_____
**RICHARD W. STORY**
United States District Judge